**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

April 19, 2013

**VIA ECF**
The Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Gottlib v. Stellar**
       **12 CV 5432 (ILG) (VVP)**

Dear Magistrate Judge Pohorelsky:

I represent the plaintiff in the above matter.  Plaintiff respectfully alerts the Court to the fact that the defendant interposed an answer on January 7, 2013.   Therefore, plaintiff requests that Your Honor schedule an initial conference for purposes of discovery.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Mark Krassner, Esq.